**UNITED STATES BANKRUPTCY COURT**
MIDDLE **DISTRICT OF** FLORIDA
FORT MYERS **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| EVANS JR., PETER ROWLAND | § | Case No. 9-10-bk-05605-FMD |
| EVANS, DEANNA MARIE | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/12/2010 . The undersigned trustee was appointed on 03/12/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 6,175.97

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 153.00 |
| Bank service fees | 140.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 5,882.44 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/28/2010 and the deadline for filing governmental claims was 01/28/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,367.60 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,367.60 , for a total compensation of $ 1,367.60 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 79.29 , for total expenses of $ 79.29 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2013 By:/s/DIANE L. JENSEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit A

Case No: 10-05605 FMD Judge: Caryl E. Delano
Case Name: EVANS JR., PETER ROWLAND
EVANS, DEANNA MARIE
For Period Ending: 06/24/13

Trustee Name: DIANE L. JENSEN
Date Filed (f) or Converted (c): 03/12/10 (f)
341(a) Meeting Date: 04/21/10
Claims Bar Date: 07/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 308 SW 13th Street, Cape Coral | 55,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT(s) | 503.60 | 355.54 | | 355.54 | FA |
| 4. BANK ACCOUNT(s) | 959.74 | 509.74 | | 509.74 | FA |
| 5. BANK ACCOUNT(s) | 33.00 | 5.51 | | 5.51 | FA |
| 6. BANK ACCOUNT(s) | Unknown | 0.00 | | 0.00 | FA |
| 7. BANK ACCOUNT(s) | 103.33 | 0.00 | | 0.00 | FA |
| 8. FURNITURE; HH GOODS | 1,346.00 | 1,924.00 | | 1,924.00 | FA |
| 9. BOOKS, PICTURES, AND OTHER ART | 350.00 | 0.00 | | 0.00 | FA |
| 10. CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 11. JEWELRY | 60.00 | 40.00 | | 40.00 | FA |
| 12. FIREARMS AND HOBBY EQUIPMENT | 150.00 | 0.00 | | 0.00 | FA |
| 13. Country Financial Life Insurance | 1,260.35 | 0.00 | | 0.00 | FA |
| 14. Minnesota Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| 15. Florida pre-paid college plan | 4,881.44 | 0.00 | | 0.00 | FA |
| 16. Wife/Child Support | 400.00 | 0.00 | | 0.00 | FA |
| 17. 1998 Lexus ES 300 | 5,150.00 | 2,150.00 | | 2,071.89 | FA |
| 18. 2000 Jeep Grand Cherokee Limited | 4,300.00 | 0.00 | | 0.00 | FA |
| 19. 1997 Mazda B2300 | 2,450.00 | 0.00 | | 0.00 | FA |
| 20. ANIMALS | 20.00 | 0.00 | | 0.00 | FA |
| 21. PREFERENTIAL TRANSFER RECOVERY (u) | Unknown | 1,800.00 | | 1,268.13 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.16 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $77,027.46 | $6,784.79 | | $6,175.97 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 10-05605 FMD Judge: Caryl E. Delano
Case Name: EVANS JR., PETER ROWLAND
EVANS, DEANNA MARIE

Trustee Name: DIANE L. JENSEN
Date Filed (f) or Converted (c): 03/12/10 (f)
341(a) Meeting Date: 04/21/10
Claims Bar Date: 07/28/10

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/24/13: Final report filed. Will file final report as soon as possible. 6/10/11
7/7/10: Debtor(s) repurchasing non-exempt assets. Last payment due 6/12/11. 6/30/10: Dictated stip to repurchase starting 7-15-10 & surrender personalty. 6/21/10: Dictated L with Kelley appraisal. 5/12/10: O/E and Joy L 4-22-10; also a preference.

Initial Projected Date of Final Report (TFR): 05/20/12 Current Projected Date of Final Report (TFR): 07/20/13

p



# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-05605 -FMD
Case Name: EVANS JR., PETER ROWLAND
EVANS, DEANNA MARIE
Taxpayer ID No: *******5421
For Period Ending: 06/24/13

Trustee Name: DIANE L. JENSEN
Bank Name: Bank of Kansas City
Account Number / CD #: *******1717 Checking Account
Blanket Bond (per case limit): $ 750,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 5,960.00 | | 5,960.00 |
| 07/16/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 3.74 | 5,956.26 |
| 08/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.81 | 5,949.45 |
| 09/17/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.81 | 5,942.64 |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.58 | 5,936.06 |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.79 | 5,929.27 |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.56 | 5,922.71 |
| 01/16/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.78 | 5,915.93 |
| 02/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.77 | 5,909.16 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 7.94 | 5,901.22 |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 8.78 | 5,892.44 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,882.44 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 5,960.00 | 77.56 | 5,882.44 |
| Less: Bank Transfers/CD's | 5,960.00 | 0.00 | |
| Subtotal | 0.00 | 77.56 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 77.56 | |

| Page Subtotals | 5,960.00 | 77.56 |
|---|---|---|

p

Page: 2

Exhibit B

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-05605 -FMD
Case Name: EVANS JR., PETER ROWLAND
EVANS, DEANNA MARIE
Taxpayer ID No: *******5421
For Period Ending: 06/24/13

Trustee Name: DIANE L. JENSEN
Bank Name: Bank of America
Account Number / CD #: *******6506 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 750,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/10 | 11, 17 | PETER EVANS #1068 | REPURCHASE<br>Order Doc #41 | 1129-000 | 1,000.00 | | 1,000.00 |
| 07/15/10 | 000101 | READ & KELLEY ESTATE SERVICES<br>ATTN: JOY AUGUSTINE<br>P. O. Box 3111<br>North Fort Myers, FL 33918 | APPRAISAL FEE<br>PER ORDER 7/2/10<br>INVOICE 6954 | 3711-000 | | 153.00 | 847.00 |
| 07/30/10 | 22 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.01 | | 847.01 |
| 08/09/10 | 17 | Peter Evans #1072 | REPURCHASE<br>Order Doc #41 | 1129-000 | 422.71 | | 1,269.72 |
| 08/31/10 | 22 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,269.75 |
| 09/10/10 | 3, 4 | Peter Evans #1083 | REPURCHASE<br>Order Doc #41 | 1129-000 | 422.71 | | 1,692.46 |
| 09/21/10 | 8 | PETER EVANS #CASH | REPURCHASE<br>Order Doc #41 | 1129-000 | 525.00 | | 2,217.46 |
| 09/30/10 | 22 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,217.50 |
| 10/12/10 | 4 | Peter Evans #1098 | REPURCHASE<br>Order Doc #41 | 1129-000 | 422.71 | | 2,640.21 |
| 10/29/10 | 22 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,640.27 |
| 11/15/10 | 4, 8 | PETER EVANS #1108 | REPURCHASE<br>Order Doc #41 | 1129-000 | 422.71 | | 3,062.98 |
| 11/30/10 | 22 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,063.05 |
| 12/10/10 | 5, 8 | PETER EVANS #1118 | REPURCHASE<br>Order Doc #41 | 1129-000 | 422.71 | | 3,485.76 |
| 12/31/10 | 22 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,485.84 |
| 01/12/11 | 8 | PETER EVANS #1123 | REPURCHASE<br>Order Doc #41 | 1129-000 | 422.71 | | 3,908.55 |
| 01/31/11 | 22 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,908.64 |
| 02/11/11 | 8, 17 | PETER EVANS #1133 | REPURCHASE | 1129-000 | 422.71 | | 4,331.35 |
| | | | | Page Subtotals | 4,484.35 | 153.00 | |

p

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 10-05605 -FMD
Case Name: EVANS JR., PETER ROWLAND
EVANS, DEANNA MARIE
Taxpayer ID No: *******5421
For Period Ending: 06/24/13

Trustee Name: DIANE L. JENSEN
Bank Name: Bank of America
Account Number / CD #: *******6506 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 750,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Order Doc #41 | | | | |
| 02/28/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,331.38 |
| 03/11/11 | 17 | PETER EVANS #1139 | REPURCHASE | 1129-000 | 422.71 | | 4,754.09 |
| | | | Order Doc #41 | | | | |
| 03/31/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,754.13 |
| 04/12/11 | 21 | PETER EVANS #1151 | PREFERENTIAL TRANSFER REPAYMENT | 1241-000 | 422.71 | | 5,176.84 |
| | | | Order Doc #41 | | | | |
| 04/29/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,176.88 |
| 05/12/11 | 21 | Peter Evans #1156 | PREFERENTIAL TRANSFER REPAYMENT | 1241-000 | 422.71 | | 5,599.59 |
| | | | Order Doc #41 | | | | |
| 05/31/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,599.64 |
| 06/10/11 | 21 | PETER EVANS #1161 | PREFERENTIAL TRANSFER REPAYMENT | 1241-000 | 422.71 | | 6,022.35 |
| | | | Order Doc #41 | | | | |
| 06/30/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,022.40 |
| 07/29/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,022.45 |
| 08/31/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,022.50 |
| 09/30/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,022.55 |
| 10/31/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,022.60 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.67 | 6,014.93 |
| 11/30/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,014.98 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.42 | 6,007.56 |
| 12/30/11 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,007.61 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.41 | 6,000.20 |
| 01/31/12 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.25 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.87 | 5,992.38 |
| 02/29/12 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,992.43 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.12 | 5,985.31 |
| 03/30/12 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,985.36 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.36 | 5,978.00 |

Page Subtotals 1,691.50 44.85

p



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-05605 -FMD
Case Name: EVANS JR., PETER ROWLAND
EVANS, DEANNA MARIE
Taxpayer ID No: *******5421
For Period Ending: 06/24/13

Trustee Name: DIANE L. JENSEN
Bank Name: Bank of America
Account Number / CD #: *******6506 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 750,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 22 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,978.05 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.60 | 5,970.45 |
| 05/31/12 | 22 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,970.50 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.59 | 5,962.91 |
| 06/13/12 | 22 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 5,962.93 |
| 06/13/12 | | Bank of America<br>901 Main Street<br>10th Floor<br>Dallas, TX 75283 | BANK FEES | 2600-000 | | 2.93 | 5,960.00 |
| 06/13/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 5,960.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,175.97 | 6,175.97 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,960.00 | |
| Subtotal | 6,175.97 | 215.97 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,175.97 | 215.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1717 | 0.00 | 77.56 | 5,882.44 |
| Money Market Account (Interest Earn - ********6506 | 6,175.97 | 215.97 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,175.97 | 293.53 | 5,882.44 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.12 5,978.12

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: June 24, 2013

Case Number: 10-05605
Debtor Name: EVANS JR., PETER ROWLAND

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2-1<br>050<br>4110-00 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23286 | Secured | | $29,393.01 | $0.00 | $29,393.01 |
| | Subtotal For Claim Type 4110-00 Real Estate - Consensual Liens | | | $29,393.01 | $0.00 | $29,393.01 |
| 1-1<br>070<br>7100-00 | TARGET NATIONAL BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $8,157.52 | $0.00 | $8,157.52 |
| 3-1<br>070<br>7100-00 | Sallie Mae Inc, on behalf of the<br>Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Unsecured | | $14,495.49 | $0.00 | $14,495.49 |
| 4-1<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $7,438.10 | $0.00 | $7,438.10 |
| 5-1<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured<br>Barred by S/L | | $0.00 | $0.00 | $0.00 |
| 6-1<br>070<br>7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $732.83 | $0.00 | $732.83 |
| 7-1<br>070<br>7100-00 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,170.92 | $0.00 | $1,170.92 |
| 8-1<br>070<br>7100-00 | Suncoast Schools FCU<br>P.O. Box 11904<br>Tampa, FL 33680 | Unsecured | | $17,545.96 | $0.00 | $17,545.96 |
| | Subtotal For Claim Type 7100-00 General Unsecured 726(a)(2) | | | $49,540.82 | $0.00 | $49,540.82 |
| | Case Totals: | | | $78,933.83 | $0.00 | $78,933.83 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9-10-bk-05605-FMD
Case Name: EVANS JR., PETER ROWLAND
EVANS, DEANNA MARIE
Trustee Name: DIANE L. JENSEN

| | | |
|---|---|---|
| Balance on hand | $ | 5,882.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2-1 | SunTrust Bank | $ 29,393.01 | $ 29,393.01 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 5,882.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE L. JENSEN | $ 1,367.60 | $ 0.00 | $ 1,367.60 |
| Trustee Expenses: DIANE L. JENSEN | $ 79.29 | $ 0.00 | $ 79.29 |
| Attorney for Trustee Fees: DIANE L. JENSEN | $ 396.00 | $ 0.00 | $ 396.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,842.89 |
| Remaining Balance | $ | 4,039.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,540.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | TARGET NATIONAL BANK | $ 8,157.52 | $ 0.00 | $ 665.16 |
| 3-1 | Sallie Mae Inc, on behalf of the | $ 14,495.49 | $ 0.00 | $ 1,181.96 |
| 4-1 | American InfoSource LP as agent for Citibank N.A. | $ 7,438.10 | $ 0.00 | $ 606.50 |
| 6-1 | Fia Card Services, NA/Bank of America | $ 732.83 | $ 0.00 | $ 59.75 |
| 7-1 | HSBC Bank Nevada, N.A. | $ 1,170.92 | $ 0.00 | $ 95.48 |
| 8-1 | Suncoast Schools FCU | $ 17,545.96 | $ 0.00 | $ 1,430.70 |

Total to be paid to timely general unsecured creditors $ 4,039.55

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE